# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMAR SINGLETON, SR., | ) 1:12cv00043 AWI DLB PC |
| Plaintiff, | ) ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING CERTAIN CLAIMS |
| vs. | ) |
| M.D. BITER, et al., | ) (Document 11) |
| Defendants. | ) |

Plaintiff Lamar Singleton, Sr., ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action.  Plaintiff filed his complaint on January 9, 2012.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 12, 2013, the Magistrate Judge issued Findings and Recommendations regarding dismissal of certain claims.[1]  The Findings and Recommendations were served on Plaintiff and contained notice that any objections to the Findings and Recommendations were to be filed within thirty days.  Plaintiff has not filed objections to the Findings and Recommendations.

---

[1] Plaintiff has returned service documents for the cognizable claims and the documents have been forwarded to the United States Marshal for service.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed February 12, 2013, are ADOPTED in full; and

2. The Fourteenth Amendment claims are DISMISSED.

IT IS SO ORDERED.

Dated:   April 2, 2013

SENIOR  DISTRICT  JUDGE