UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY SINGLETON, SR., | Case No.: 1:12cv00043 AWI DLB (PC) |
| Plaintiff, | ORDER EXTENDING TIME FOR PROVIDING INITIAL DISCLOSURES |
| v. | |
| M.D. BITER, et al., | |
| Defendants. | |

Plaintiff Larry Singleton, Sr. ("Plaintiff") is a California state prisoner. He is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The action is proceeding on Plaintiff's Eighth Amendment claim against Defendants M. D. Biter and Sherri Lopez.

On August 28, 2013, the Court issued a Discovery and Scheduling Order. The order set the initial disclosure deadline as October 11, 2013, and the discovery cut-off as January 24, 2014.

Defendant filed a Motion for Reconsideration of the initial disclosure requirement of the Discovery Order. The Court denied the motion on November 19, 2013.

1

1  Accordingly, as the October 11, 2013, deadline for providing initial disclosures passed while
2  the Motion for Reconsideration was pending, the Court EXTENDS the deadline to twenty-one (21)
3  from the date of service of this order.  All other dates in the August 28, 2013, will remain.

IT IS SO ORDERED.

   Dated:   **November 20, 2013**          /s/ *Dennis L. Beck*
                                                                   UNITED STATES MAGISTRATE JUDGE