UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY SINGLETON, SR.,<br><br>    Plaintiff,<br><br>  v.<br><br>M.D. BITER, et al.,<br><br>    Defendants. | Case No.: 1:12cv00043 AWI DLB (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO MODIFY DISCOVERY AND SCHEDULING ORDER<br>(Document 41)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO RESCHEDULE DEPOSITION<br>(Document 38) |

    Plaintiff Larry Singleton, Sr. ("Plaintiff") is a California state prisoner. He is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The action is proceeding on Plaintiff's Eighth Amendment claim against Defendants M. D. Biter and Sherri Lopez.

    On August 28, 2013, the Court issued a Discovery and Scheduling Order. The order set the discovery cut-off as January 24, 2014, and the date to file dispositive motions as March 25, 2014.

    Defendants' November 21, 2013, motion to dismiss for failure to exhaust is pending.

    On January 21, 2014, Plaintiff filed a motion to reschedule his January 22, 2014, deposition because he had started taking a new medication.

    On January 22, 2014, Defendants filed a motion to modify the Discovery and Scheduling Order. Defendants seek a thirty-day extension of the discovery cut-off and the date for filing dispositive motions.

1

Modification of the pretrial scheduling order requires a showing of good cause. Fed. R. Civ. P. 16(b)(4). "The schedule may be modified 'if it cannot reasonably be met despite the diligence of the party seeking the extension.'" *Zivkovic v. Southern California Edison Co.*, 302 F.3d 1080, 1087 (9th Cir. 2002) (quoting *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 607 (9th Cir. 1992)). "If the party seeking the modification 'was not diligent, the inquiry should end' and the motion to modify should not be granted." *Id.*

Here, Defendants seek to modify the scheduling order based in part on Plaintiff's motion. Defendants also explain that counsel appeared to take Plaintiff's deposition on January 22, 2014, but was informed that Plaintiff's facility had been quarantined due to a flu outbreak.

Good cause exists to modify the Discovery and Scheduling Order and Defendants' motion is therefore GRANTED. As the Court is extending the date for discovery, including Plaintiff's deposition, Plaintiff's motion to reschedule his deposition is also GRANTED.

The new dates are as follows:

Discovery Cut-Off:     February 24, 2014

Dispositive Motions:   April 24, 2014

IT IS SO ORDERED.

Dated: **February 3, 2014**         /s/ *Dennis L. Beck*
                                    UNITED STATES MAGISTRATE JUDGE