UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY SINGLETON, SR., | ) Case No.: 1:12cv00043 AWI DLB (PC) |
| Plaintiff, | ) ORDER DENYING PLAINTIFF'S MOTION TO STRIKE FINDINGS AND RECOMMENDATIONS |
| v. | ) (Document 50) |
| M.D. BITER, et al., | ) |
| Defendants. | ) ORDER GRANTING PLAINTIFF AN EXTENTION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS |

Plaintiff Larry Singleton, Sr. ("Plaintiff") is a California state prisoner. He is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The action is proceeding on Plaintiff's Eighth Amendment claim against Defendants M. D. Biter and Sherri Lopez.

On February 4, 2014, the Court issued Findings and Recommendations that Defendants' Motion to Dismiss be granted and that the action be dismissed, without prejudice, for Plaintiff's failure to exhaust administrative remedies.

On February 12, 2014, Plaintiff filed a Motion to Strike the Findings and Recommendations. He states that he was recently diagnosed with kidney cancer. Since Plaintiff's kidney issues are a factor in this litigation based on arsenic levels in the water, Plaintiff argues that a decision on his failure to exhaust should not be made at this time.

1

The Court will not strike the Findings and Recommendations and his motion to strike is therefore DENIED.

However, because Plaintiff argued in his opposition that he could not exhaust because he was dealing with health issues, and his health issues now appear to be worsening, the Court will GRANT Plaintiff an extension of time to file objections to the Findings and Recommendations.  Objections are currently due on or about March 10, 2014, the Court will grant Plaintiff an additional thirty days (30) days beyond that date to file extensions.

<u>Accordingly, Plaintiff's objections are due on or before April 9, 2014.</u>

IT IS SO ORDERED.

Dated:   **February 14, 2014**                    /s/ *Dennis L. Beck*
                                                                       UNITED STATES MAGISTRATE JUDGE