# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMAR SINGLETON, SR.,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>M.D. BITER, et al.,<br><br>　　　　Defendants. | )　1:12cv00043 AWI DLB PC<br>)<br>)<br>)　ORDER ADOPTING FINDINGS AND<br>)　RECOMMENDATIONS REGARDING<br>)　PLAINTIFF'S MOTION FOR<br>)　INJUNCTIVE RELIEF<br>)<br>)　(Doc. Nos. 49, 53)<br>) |

　　　Plaintiff Lamar Singleton, Sr., ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action. This action is proceeding against Defendants Biter and Lopez for violation of the Eighth Amendment. On February 10, 2014, Plaintiff filed a motion which the Court construed as a motion for injunctive relief. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　On February 14, 2014, the Magistrate Judge issued Findings and Recommendations that Plaintiff's motion be denied. The Findings and Recommendations were served on the parties and contained notice that any objections were to be filed within thirty days. Neither party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed February 14, 2014, are ADOPTED in full; and
2. Plaintiff's motion for injunctive relief (Document 49) is DENIED.

IT IS SO ORDERED.

Dated:   April 4, 2014                                                        
                                              SENIOR DISTRICT JUDGE