1
2
3
4
5
6
7
8
9
10

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LARRY SINGLETON, SR., | ) | Case No.: 1:12cv00043 AWI DLB (PC) |
| | ) | |
| Plaintiff, | ) | ORDER REGARDING PLAINTIFF'S |
| v. | ) | MOTION FOR DISCOVERY |
| | ) | |
| M.D. BITER, et al., | ) | (Document 64) |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff Larry Singleton, Sr. ("Plaintiff") is a California state prisoner. He is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The action is proceeding on Plaintiff's Eighth Amendment claim against Defendants M. D. Biter and Sherri Lopez.

Defendants' November 21, 2013, motion to dismiss based on exhaustion was recently converted into a motion for summary judgment. Defendants have informed the Court that no additional discovery is necessary. The Court is awaiting Plaintiff's position on discovery related to exhaustion.

The discovery deadline was February 24, 2014.[1]

On May 7, 2014, Plaintiff filed a motion, the exact nature of which is unclear. In the caption, Plaintiff requests that the document be forwarded to Defendants. In the body of the pleading, Plaintiff

---

[1] If this action survives the exhaustion challenge, the Court will reschedule the action as necessary.

1

describes treatment related to his kidney removal at Mule Creek State Prison.  To the extent that Plaintiff believes that this information will somehow expand his claims, he is incorrect.  Plaintiff's claims in this action are limited to conditions at Kern Valley State Prison.

Insofar as Plaintiff is responding to the Court's order to indicate whether further discovery is needed for the motion for summary judgment based on exhaustion, Plaintiff is informed that such discovery is <u>limited to exhaustion.</u>

IT IS SO ORDERED.

Dated:   **May 19, 2014**                          /s/ Dennis L. Beck
                                                  UNITED STATES MAGISTRATE JUDGE