UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY SINGLETON, SR., | ) Case No.: 1:12cv00043 AWI DLB (PC) <br> ) <br> ) ORDER REGARDING PLAINTIFF'S <br> ) REQUEST FOR COPIES OF DOCUMENTS <br> ) <br> ) (Document 66) <br> ) <br> ) <br> ) <br> ) |
| Plaintiff, | |
| v. | |
| M.D. BITER, et al., | |
| Defendants. | |

Plaintiff Larry Singleton, Sr. ("Plaintiff") is a California state prisoner. He is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The action is proceeding on Plaintiff's Eighth Amendment claim against Defendants M. D. Biter and Sherri Lopez.

Defendants' November 21, 2013, motion to dismiss based on exhaustion was recently converted into a motion for summary judgment. Defendants have informed the Court that no additional discovery is necessary. The Court is awaiting Plaintiff's position on discovery related to exhaustion.

The discovery deadline was February 24, 2014.[1]

Plaintiff has filed numerous motions in recent days. On May 14, 2014, the Court received a letter in which Plaintiff informs the Court that he intends to file another motion to compel. Plaintiff

---

[1] If this action survives the exhaustion challenge, the Court will reschedule the action as necessary.

1

has filed two prior motions to compel which were both procedurally deficient. Moreover, the deadline to file motions to compel was February 24, 2014. Plaintiff must show good cause to modify that date.

Finally, insofar as Plaintiff requests a copy of his entire case, or even just his motions to compel, his request is DENIED.[2] Plaintiff is advised that the Clerk does not ordinarily provide free copies of case documents to parties. The Clerk charges $.50 per page for copies of documents. See 28 U.S.C. § 1914(a). Copies of up to twenty pages may be made by the Clerk's Office at this Court upon written request and prepayment of the copy fees. The fact that the Court has granted leave for Plaintiff to proceed in forma pauperis does not entitled him to free copies of documents from the Court. Under 28 U.S.C. § 2250, the Clerk is not required to furnish copies without cost to an indigent petitioner except by order of the judge.

To request copies of the documents at issue, Plaintiff must submit a request in writing to the Clerk, a large self-addressed envelope affixed with sufficient postage, and prepayment of copy costs to the Clerk. Plaintiff is advised that in the future, he should keep a copy of any document he submits to the Court.

IT IS SO ORDERED.

Dated:   **May 29, 2014**                           /s/ Dennis L. Beck
                                                    UNITED STATES MAGISTRATE JUDGE

---

[2] Plaintiff has filed two motions to compel in this action, neither of which provided any specific information related to his discovery requests or Defendants' responses.

2