UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMAR SINGLETON, SR.,<br><br>            Plaintiff,<br><br>      v.<br><br>M. D. BITER, et al.,<br><br>            Defendants. | Case No.: 1:12cv00043 AWI DLB (PC)<br><br>ORDER REQUIRING SUPPLEMENTAL BRIEFING, IF ANY, BE FILED WITHIN THIRTY DAYS |

Plaintiff Lamar Singleton ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action on January 9, 2012. This action is proceeding against Defendants Biter and Lopez for violation of the Eighth Amendment.

On April 17, 2014, the Court vacated Findings and Recommendations regarding Defendants' motion to dismiss based on exhaustion and converted the motion into a motion for summary judgment. The Court also ordered the parties to inform the Court whether discovery related to exhaustion was necessary within thirty days.

On April 30, 2014, Defendants confirmed that they did not need additional discovery. Plaintiff has failed to respond to the order.

1

1    Accordingly, as it appears that no discovery is necessary, the Court ORDERS that
2 supplemental briefing, if any, be filed within thirty (30) days.  If the parties wish to stand on the
3 briefing already filed, they must inform the Court of their intent within this time frame.
4
5 IT IS SO ORDERED.
6
  Dated:   **June 12, 2014**                              /s/ *Dennis L. Beck*
7                                                              UNITED STATES MAGISTRATE JUDGE