UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMAR SINGLETON, SR.,<br><br>    Plaintiff,<br><br>    v.<br><br>M. D. BITER, et al.,<br><br>    Defendants. | Case No.: 1:12cv00043 AWI DLB (PC)<br><br>ORDER VACATING ORDER REGARDING SUPPLEMENTAL BRIEFING<br><br>(Document 73) |

    Plaintiff Lamar Singleton ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action on January 9, 2012. This action is proceeding against Defendants Biter and Lopez for violation of the Eighth Amendment.

    On April 17, 2014, the Court vacated Findings and Recommendations regarding Defendants' motion to dismiss based on exhaustion and converted the motion into a motion for summary judgment. The Court also ordered the parties to inform the Court whether discovery related to exhaustion was necessary within thirty days.

    On April 30, 2014, Defendants confirmed that they did not need additional discovery.

    On June 13, 2014, after Plaintiff did not respond, the Court set a further briefing schedule for the motion for summary judgment.

    However, on June 12, 2014, the Court received Plaintiff's motion for additional discovery. The motion was signed on June 9, 2014, but was not docketed by the Court until June 13, 2014. In the

1

motion, Plaintiff cites medical issues and requests an extension of time.  The Court will grant Plaintiff's request for additional time and VACATES the June 12, 2014, order setting forth a supplemental briefing schedule.

      Once Plaintiff's motion for limited discovery is fully briefed, the Court will rule on Plaintiff's 56(d) request and set an additional schedule, as necessary.

IT IS SO ORDERED.

Dated: __**June 17, 2014**__            /s/ *Dennis L. Beck*
                                           UNITED STATES MAGISTRATE JUDGE