# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMAR SINGLETON, SR.,<br><br>    Plaintiff,<br><br>vs.<br><br>M.D. BITER, et al.,<br><br>    Defendants. | 1:12cv00043 AWI DLB PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING PLAINTIFF'S MOTIONS FOR INJUNCTIVE RELIEF<br><br>(Doc. Nos. 62, 65, 68) |

    Plaintiff Lamar Singleton, Sr., ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action. This action is proceeding against Defendants Biter and Lopez for violation of the Eighth Amendment. On May 7 and 9, 2014, Plaintiff filed motions which the Court construed as a motion for injunctive relief. The matters were referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On May 20, 2014, the Magistrate Judge issued Findings and Recommendations that Plaintiff's motions be denied. The Findings and Recommendations were served on the parties and contained notice that any objections were to be filed within twenty-one days. Neither party has filed objections.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed May 20, 2014, are ADOPTED in full; and
2. Plaintiff's motions for injunctive relief (Documents 62 and 65) are DENIED.

IT IS SO ORDERED.

Dated:  June 30, 2014                             _____
                                                                       SENIOR DISTRICT JUDGE